1
2
3
4

LAW OFFICES OF
**WING & PARISI**
Linda Parisi, SBN 84247
1101 E STREET
SACRAMENTO, CA 95814
(916) 441-4888
Fax (916) 441-1575
linda@wingparisilaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED TRIBBEY | Case No.    2:12-CR-445 TLN<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

   It is hereby ordered that Linda Parisi is substituted in as attorney of record for Alfred Tribbey in the United States District Court, Eastern District of California case number 12-CR-445 TLN.

Date: _5/3/2013_____                    _____/s/_____
                                            ALFRED TRIBBEY
                                            (as authorized on May 3, 2013)

I agree to this substitution:

Date: _5/13/2013 _____                   _____/s/_____
                                            OLAF HEDBERG
                                            LAW OFFICES OF OLAF HEDBERG
                                            (as authorized on May 13, 2013)

I agree to this substitution:

Date: _5/13/2013 _____                  _____/s/_____
                                            LINDA PARISI
                                            LAW OFFICES OF WING & PARISI
                                            (as authorized on May 13, 2013)

1

**IT IS SO ORDERED:**

DATED: May 15, 2013

_____
Troy L. Nunley
United States District Judge