LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorney for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>            Defendant. | CASE NO.  2:12-CR-445 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Jason Hitt hereby stipulate as follows:

1. By previous order, this matter was set for status on February 13, 2014.

2. By this stipulation, the defendant Alfred Tribbey now moves to continue the status conference until April 3, 2014, at 9:30 a.m. and to exclude time between February 13, 2014 and April 3, 2014 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents.

   b. Counsel for Mr. Tribbey need additional time to consult, to review discovery, conduct investigation and to discuss potential resolutions.

1  c.  Counsel for defendant Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d.  The United States Attorney agrees to the continuance.

  e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of   December 5, 2013, to February 13, 2014,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions  of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

  Dated:  February 11, 2014         BENJAMIN B. WAGNER
                                    United States Attorney

                           By:      /s/ Linda M. Parisi by e-mail authorization
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    For the United States


  Dated:  February 11, 2014         LAW OFFICES OF WING & PARISI

                           By:      /s/ Linda M. Parisi
                                    _____
                                    LINDA PARISI,
                                    Attorney for the Defendant Alfred Tribbey

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

1  LINDA M. PARISI
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 TLN |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on December 3, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for February 13, 2014, be vacated for defendant Alfred Tribbey and that a status conference be set for April 3, 2014, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 11, 2014 stipulation, the time within which the trial of this

///

///

matter must be commenced under the Speedy Trial Act is excluded during the time period of February 13, 2014 through and including April 3, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: February 11, 2014

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

4