LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt  hereby stipulate as follows:

1.   By previous order, this matter was set for status on December 4, 2014.

2.   By this stipulation, the defendants now moves to continue the status conference until February 19, 2015, at 9:30 a.m. and to exclude time between December 2, 2014, 2014 and February 19, 2015 under Local Code T4.  The United States does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

   a.   The United States has represented that the discovery associated with this case includes investigative reports and related documents.

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

1

1   b.   Counsel for Mr. Tribbey need additional time to consult, to review discovery, and
2   to discuss potential resolutions, including setting the matter for trial.
3   c.   Counsel for defendants Mr. Tribbey believe that failure to grant the above-requested
4   continuance would deny them the reasonable time necessary for effective preparation, taking into
5   account the exercise of due diligence.
6   d.   The United States Attorney agrees to the continuance.
7   e.   All counsel agrees to the continuance.
8   f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et
9   seq., within which trial must commence, the time period of December 4, 2014 to February 19, 2015,
10  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4]
11  because it results from a continuance granted by the Court at defendant's request on the basis of the
12  Court's finding that the ends of justice served by taking such action outweigh the best interest of the
13  public and the defendant in a speedy trial.
14  4.   Nothing in this stipulation and order shall preclude a finding that other provisions of
15  the Speedy Trial Act dictate that additional time periods are excludable from the period within which
16  a trial must commence.
17  IT IS SO STIPULATED.

18  Dated:  December 2, 2014          BENJAMIN B. WAGNER
                                      United States Attorney
19
20                              By:   /s/ Linda M. Parisi by e-mail authorization
                                      _____
21                                    JASON HITT
                                      Assistant U.S. Attorney
22                                    For the United States
23

24  Dated:  December 2, 2014          LAW OFFICES OF WING & PARISI

25                              By:   /s/ Linda M. Parisi
                                      _____
26                                    LINDA PARISI, Esq.
                                      For the Defendant Alfred Tribbey
27
28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>                    Defendant. | CASE NO.  2:12-CR-445 TLN<br><br>**ORDER** |

Based on the reasons set forth in the stipulation of the parties filed on October 3, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for December 4, 2014, be vacated and that a status conference be set for Thursday, February 19, 2015, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

commenced under the Speedy Trial Act is excluded during the time period of December 4, 2014, through and including February 19, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  December 2, 2014

_____
Troy L. Nunley
United States District Judge