1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO.  2:12-CR-445 TLN

12 |                      Plaintiff,      | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**

13 | v.

14 | ALFRED TRIBBEY,

15 |                      Defendant.

16

17     Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and
18 plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as
19 follows:
20     1.     By previous order, this matter was set for status on September 10, 2015.
21     2.     By this stipulation, the defendants now moves to continue the status conference until
22 October 29, 2015, at 9:30 a.m. and to exclude time between September 10, 2015 and October 29,
23 2015 under Local Code T4.  The United States does not oppose this request.
24     3.     The parties agree and stipulate, and request that the Court find the following:
25        a.     The United States has represented that the discovery associated with this case
26     includes investigative reports and related documents.
27
28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

1  b. Counsel for Mr. Tribbey need additional time to consult, to review discovery, and
2  to discuss potential resolutions, including setting the matter for trial.
3  c. Counsel for Mr. Tribbey believe that failure to grant the above-requested
4  continuance would deny them the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.
6  d. The United States Attorney agrees to the continuance.
7  e. All counsel agrees to the continuance.
8  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et
9  seq., within which trial must commence, the time period of September 10, 2015 to October 29, 2015,
10 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4]
11 because it results from a continuance granted by the Court at defendant's request on the basis of the
12 Court's finding that the ends of justice served by taking such action outweigh the best interest of the
13 public and the defendant in a speedy trial.
14  4. Nothing in this stipulation and order shall preclude a finding that other provisions of
15 the Speedy Trial Act dictate that additional time periods are excludable from the period within which
16 a trial must commence.
17  IT IS SO STIPULATED.
18  Dated: September 8, 2015              BENJAMIN B. WAGNER
                                          United States Attorney
19
20                                  By:   /s/ Linda M. Parisi by e-mail authorization
                                          _____
21                                        JASON HITT
                                          Assistant U.S. Attorney
22                                        For the United States
23
24  Dated: September 8, 2015              LAW OFFICES OF WING & PARISI
25                                  By:   /s/ Linda M. Parisi
                                          _____
26                                        LINDA PARISI, Esq.
                                          For the Defendant Alfred Tribbey
27
28

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>      Defendant. | CASE NO.  2:12-CR-445 TLN<br><br>**ORDER** |

  Based on the reasons set forth in the stipulation of the parties filed on September 8, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for September 10, 2015, be vacated and that a status conference be set for October 29, 2015, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

1  commenced under the Speedy Trial Act is excluded during the time period of September 10, 2015,

2  through and including October 29, 2015, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and

3  Local Code T4.

4
5  Dated: September 8, 2015

   _____
6  Troy L. Nunley
   United States District Judge

4

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time