1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-445 TLN

12                        Plaintiff,      **STIPULATION REGARDING**
                                          **EXCLUDABLE TIME PERIODS**
13 v.                                     **UNDER SPEEDY TRIAL ACT;**
                                          **FINDINGS AND ORDER**
14 ALFRED TRIBBEY,

15                        Defendant.

16

17        Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and

18 plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as

19 follows:

20        1.      By previous order, this matter was set for status on October 29, 2015.

21        2.      By this stipulation, the defendants now moves to continue the status conference until

22 January 14, 2016, at 9:30 a.m. and to exclude time between October 29, 2015 and January 14, 2016

23 under Local Code T4.  The United States does not oppose this request.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25               a.      The United States has represented that the discovery associated with this case

26 includes investigative reports and related documents.

27

28

b.      Counsel for Mr. Tribbey need additional time for investigation and to discuss potential resolutions.

c.      Defense counsel and the US Attorney have been discussing this matter and are not yet at a position to resolve the case.

d.      Counsel for  Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of October 29, 2015 to January 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 27, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney

                               By:     /s/ Linda M. Parisi by e-mail authorization
                                       _____
                                       JASON HITT
                                       Assistant U.S. Attorney
                                       For the United States


Dated:  October 27, 2015                    LAW OFFICES OF WING & PARISI

                               By:     /s/ Linda M. Parisi
                                       _____
                                       LINDA PARISI, Esq.
                                       For the Defendant Alfred Tribbey

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                CASE NO.  2:12-CR-445 TLN

11                      Plaintiff,          **ORDER**

12 v.

13 ALFRED TRIBBEY,

14                      Defendant.

15

16        Based on the reasons set forth in the stipulation of the parties filed on October 27, 2015, and

17 good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

18 HEREBY ORDERED that the status conference currently set for October 29, 2015, be vacated and

19 that a status conference be set for January 14, 2016, at 9:30 a.m. The Court finds that the ends of

20 justice to be served by granting a continuance outweigh the best interests of the public and the

21 defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in

22 the parties' stipulation, the time within which the trial of this matter must be commenced under the

23 ///

24 ///

25

26

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Speedy Trial Act is excluded during the time period of October 29, 2015, through and including January 14, 2016, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: October 27, 2015

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time