LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>           Defendant. | CASE NO.  2:12-CR-445 GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

**Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as follows:**

**1.     By previous order, this matter was set for status on April 8, 2016.**

**2.     By this stipulation, the defendants now moves to continue the status conference until June 17, 2016, at 9:00 a.m. and to exclude time between April 8, 2016 and June 17, 2016 under Local Code T4.  The United States does not oppose this request.**

**3.     The parties agree and stipulate, and request that the Court find the following:**

**       a.     The United States has represented that the discovery associated with this case includes investigative reports and related documents.**

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

**b.     Counsel for Mr. Tribbey need additional time for investigation and to discuss potential resolutions.**

**c.     Defense counsel and the US Attorney have been discussing this matter and are not yet at a position to resolve the case.**

**d.     Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.**

**e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of April 8, 2016 to June 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.**

**4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.**

**IT IS SO STIPULATED.**

Dated:  April 6, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                           By:  /s/ Linda M. Parisi by e-mail authorization
                               _____
                               JASON HITT
                               Assistant U.S. Attorney
                               For the United States


April 6, 2016                  LAW OFFICES OF WING & PARISI

                           By:  /s/ Linda M. Parisi
                               _____
                               LINDA PARISI, Esq.
                               For the Defendant Alfred Tribbey

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6
7              IN THE UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF CALIFORNIA

9
10 UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-445 -GEB

11                    Plaintiff,        **ORDER**

12 v.

13 ALFRED TRIBBEY,

14                    Defendant.

15     Based on the reasons set forth in the stipulation of the parties filed on April 6, 2016, and

16 good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

17 HEREBY ORDERED that the status conference currently set for April 8, 2016, be vacated and that a

18 status conference be set for June 17, 2016, at 9:00 a.m. The Court finds that the ends of justice to be

19 served by granting a continuance outweigh the best interests of the public and the defendants in a

20 speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties'

21 stipulation, the time within which the trial of this matter must be commenced under the

22 ///

23 ///

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3

Speedy Trial Act is excluded during the time period of April 8, 2016, through and including June 17, 2016, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: April 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time