1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone: (916) 441-4888
   Facsimile:  (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-445 GEB

13                        Plaintiff,       **STIPULATION REGARDING
                                           EXCLUDABLE TIME PERIODS
14  v.                                     UNDER SPEEDY TRIAL ACT;
                                           [PROPOSED] FINDINGS AND
15  ALFRED TRIBBEY,                        ORDER**

16                        Defendant.

17  _____

18       Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and

19  plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as

20  follows:

21       1.     By previous order, this matter was set for status on January 20, 2017.

22       2.     By this stipulation, the defendants now moves to continue the status conference until

23  March 3, 2017, at 9:00 a.m. and to exclude time between January 20, 2017 and March 3, 2017 under

24  Local Code T4.  The United States does not oppose this request.

25       3.     The parties agree and stipulate, and request that the Court find the following:

26       a.     Counsel for Mr. Tribbey need additional to discuss continuing potential resolutions.

27       b.     Defense counsel and the US Attorney have been discussing a resolution to the case

28  and need further time to resolve the matter.

c.     Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of January 20, 2017 to March 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 17, 2017                    BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    /s/ Linda M. Parisi by e-mail authorization
                                            _____
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            For the United States


January 17, 2017                            LAW OFFICES OF WING & PARISI

                                     By:    /s/ Linda M. Parisi
                                            _____
                                            LINDA PARISI, Esq.
                                            For the Defendant Alfred Tribbey

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 -GEB |
| Plaintiff, | **ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on January 17, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for January 20, 2017, be vacated and that a status conference be set for March 3, 2017, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of January 20, 2017, through and including March 3, 2017, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated:  January 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge