LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone: (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as follows:

1.  By previous order, this matter was set for status on March 3, 2017.

2.  By this stipulation, the defendants now moves to continue the status conference until April 14, 2017, at 9:00 a.m. and to exclude time between March 3, 2017 and April 14, 2017 under Local Code T4.  The United States does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

a.  Counsel for Mr. Tribbey need additional to discuss continuing potential resolutions.

b.  Defense counsel and the US Attorney have been discussing a resolution to the case and need further time to resolve the matter.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

    c.    Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of March 3, 2017 and April 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 2, 2017                      BENJAMIN B. WAGNER
                                          United States Attorney

                                      By:    /s/ Linda M. Parisi by e-mail authorization
                                                      _____
                                                        JASON HITT
                                                        Assistant U.S. Attorney
                                                       For the United States

March 2, 2017                         LAW OFFICES OF WING & PARISI

                                      By:    /s/ Linda M. Parisi
                                                   _____
                                                     LINDA PARISI, Esq.
                                                     For the Defendant Alfred Tribbey

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>　　　　　　　Defendant. | CASE NO.  2:12-CR-445 -GEB<br><br>**ORDER** |

　　　Based on the reasons set forth in the stipulation of the parties filed on March 2, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for March 3, 2017, be vacated and that a status conference be set for April 14, 2017, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of March 3, 2017 and April 14, 2017, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated:  March 2, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　Senior United States District Judge