1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA 95814
3  Telephone: (916) 441-4888
   Facsimile: (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>               Defendant. | CASE NO. 2:12-CR-445 GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 28, 2017.

2. By this stipulation, the defendants now moves to continue the status conference until June 2, 2017, at 9:00 a.m. and to exclude time between April 26, 2017 and June 2, 2017 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel has discussed the continuance with Mr. Tribbey and he agrees to continuing the case.

b. Defense counsel and the US Attorney have been discussing a resolution to the case and need further time to resolve the matter.

c. Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of April 28, 2017 and June 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 26, 2017        BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Linda M. Parisi by e-mail authorization
                             _____
                             JASON HITT
                             Assistant U.S. Attorney
                             For the United States


Dated: April 26, 2017        LAW OFFICES OF WING & PARISI

                         By: /s/ Linda M. Parisi
                             _____
                             LINDA PARISI, Esq.
                             For the Defendant Alfred Tribbey

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

| | |
|---|---|
| 1 | LINDA M. PARISI, SBN 84247 |
| | LAW OFFICES OF WING & PARISI |
| 2 | 917 G Street |
| | Sacramento, CA  95814 |
| 3 | Telephone:  (916) 441-4888 |
| | Facsimile:   (916) 441-1575 |
| 4 | Email: linda@wingparisilaw.com |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-445 -GEB |
| Plaintiff, | **ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on March 2, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for April 28, 2017, be vacated and that a status conference be set for, June 2 2017, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 28, 2017 and June 2, 2017, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated:  April 26, 2017

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge