LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-445 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 23, 2017.

2. By this stipulation, the defendants now moves to continue the status conference until September 1, 2017, at 9:00 a.m. and to exclude time between June 23, 2017 and September 1, 2017 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel and the US Attorney have been discussing a resolution to the case and need further time to resolve the matter.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

b. Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of June 23, 2017 and September 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 20, 2017    BENJAMIN B. WAGNER
                        United States Attorney

                        By:  /s/ Linda M. Parisi by e-mail authorization
                        _____
                        JASON HITT
                        Assistant U.S. Attorney
                        For the United States

Dated: June 20, 2017    LAW OFFICES OF WING & PARISI

                        By:  /s/ Linda M. Parisi
                        _____
                        LINDA PARISI, Esq.
                        For the Defendant Alfred Tribbey

| | |
|---|---|
| 1 | LINDA M. PARISI, SBN 84247<br>LAW OFFICES OF WING & PARISI |
| 2 | 917 G Street<br>Sacramento, CA 95814 |
| 3 | Telephone: (916) 441-4888<br>Facsimile: (916) 441-1575 |
| 4 | Email: linda@wingparisilaw.com |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED TRIBBEY,<br><br>Defendant. | CASE NO. 2:12-CR-445 -GEB<br><br>**ORDER** |

Based on the reasons set forth in the amended stipulation of the parties filed on June 20, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for June 23, 2017, be vacated and that a status conference be set for, September 1, 2017, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the

Speedy Trial Act is excluded during the time period of June 23, 2017 and September 1, 2017, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: June 20, 2017

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge