LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-445 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on August 17, 2018.

2. By this stipulation, the defendants now moves to continue the Judgment and Sentencing until November 2, 2018, at 9:00 a.m. and to exclude time between August 17, 2018 and November 2, 2018 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Probation department needs additional time to prepare report for Mr. Tribbey.

   b. Counsel for Mr. Tribbey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The United States Attorney agrees to the continuance.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

d. All counsel agrees to the continuance.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of August 17, 2018 and November 2, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

SCHEDULE FOR DISCLOSURE OF PRE− SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing Date: | 11/2/2018 at 9:00a.m. |
| Reply, or Statement of Non-Opposition: | October 26, 2018 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 19, 2018 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 12, 2018 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 05, 2018 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | September 21, 2018 |

//
//
//
//

| | | | |
|---|---|---|---|
| 1 | IT IS SO STIPULATED. | | |
| 2 | Dated: August 15, 2018 | | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | | |
| 4 | | By: | /s/ Linda M. Parisi by e-mail authorization |
| 5 | | | _____<br>JASON HITT<br>Assistant U.S. Attorney |
| 6 | | | For the United States |
| 7 | | | |
| 8 | Dated: August 15, 2018 | | LAW OFFICES OF WING & PARISI |
| 9 | | By: | /s/ Linda M. Parisi |
| 10 | | | _____<br>LINDA PARISI, Esq.<br>For the Defendant Alfred Tribbey |

1 | LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
2 | 917 G Street
Sacramento, CA 95814
3 | Telephone: (916) 441-4888
Facsimile: (916) 441-1575
4 | Email: linda@wingparisilaw.com

5 | Attorneys for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-445 -GEB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ALFRED TRIBBEY, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on August 15, 2018, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the Judgment and Sentrencing currently set for August 17, 2018, be vacated and that a Judgment and Sentencing be set for, November 2, 2018, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the

//

//

//

4

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

Speedy Trial Act is excluded during the time period of August 17, 2018 and November 2, 2018, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: August 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge