```
DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:              (916) 930-6482
Email:       david.fischer@fischerlawoffice.com

Attorney for Defendant
ALFRED TRIBBY
```

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ALFRED TRIBBY,<br><br>             Defendant. | Case No.:  2:12-CR-00445-KJM<br><br>**STIPULATION AND ORDER RELATED TO DEFENDANT'S REQUEST TO WAIVE PROBABLE CAUSE HEARING, DEFENDANT'S REQUEST TO VACATE THE MAY 17, 2022 PROBABLE CAUSE HEARING DATE, AND DEFENDANT'S REQUEST TO SET A STATUS BEFORE JUDGE MUELLER.** |

**STIPULATION**

After the defendant met with the undersigned counsel on Friday, May 13, 2022, the defendant wishes to waive his right to a probable cause hearing, vacate the currently scheduled hearing date of May 17, 2022, and request to schedule the matter for a status conference before Judge Mueller on May 23, 2022.  The government is in agreement with this request.  Accordingly, the parties wish for the Court to find that the defendant has waived his right to a probable cause hearing, vacate the May 17, 2022, hearing date, and

- 1 -

- 2 -

place this matter on Judge Mueller's May 23, 2022, at 9:00 a.m. calendar for a status conference.

| | |
|---|---|
| Dated: May 16, 2022 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>ALFRED TRIBBY |
| | PHILIP TALBERT<br>US ATTORNEY |
| Dated: May 16, 2022 | By /s/ Jason Hitt<br>JASON HITT<br>Assistant Untied States Attorney |

ORDER

IT IS SO ORDERED.

Dated: May 16, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE