IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ALFRED TRIBBEY,**<br><br>　　　　　　Defendant. | CR NO: 2:12-CR-445-KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Alfred Bryant Tribbey | |
| Detained at | Sacramento County Main Jail | |
| Detainee is: | a.) | ☒ charged in this district by:　☐ Indictment　☐ Information　☐ Complaint　☒ Other<br>　　charging detainee with:　Violation of supervised release |
| | or　b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| | or　b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary for the defendant's Revocation Hearing on April 15, 2025, at 10:00 a.m. before the Honorable Kimberly K. Mueller in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Emily G. Sauvageau* |
| Printed Name & Phone No: | AUSA Emily G. Sauvageau, (916) 554-2761 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on **April 15, 2025, at 10:00 a.m.,** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　March 20, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male　☐Female | |
| Booking or CDC #: | 10296973 | DOB: | 11/30/1968 |
| Facility Address: | 651 I Street, Sacramento, CA | Race: | African American/Black |
| Facility Phone: | (916) 874-6752 | FBI#: | |
| Currently Incarcerated For: | Forcible lewd acts upon a child | | |

## RETURN OF SERVICE

Executed on: _____

　　　　　　　　　　　　　(signature)