UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED BRYANT TRIBBEY,<br><br>Defendant. | Case No. 2:12-cr-00445-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALFRED BRYANT TRIBBEY  Case No. 2:12-cr-00445-KJM  Charge  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  x     (Other): Time served.

Issued at Sacramento, California on April 22, 2025 at 11:00 AM

By: *[signature]*
Kimberly J. Mueller
United States District Judge